UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KAMIA NELLUM, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) No. 1:25-cv-01579-TWP-CSW |
| CREDIT ACCEPTANCE CORPORATION, | ) ) ) |
| Defendant. | ) |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Magistrate Judge submitted her Report and Recommendation on Plaintiff's Motion to Remand to State Court and Request for Costs and Fees. (Dkt. 5). The parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections; none were filed. The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts it. Plaintiff's Motion to Remand to State Court and Request for Costs and Fees [Dkt. 5] is **DENIED**.

**IT IS SO ORDERED.**

Date:   10/7/2025

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

KAMIA NELLUM
8776 Bald Eagle Court
Indianapolis, IN 46234

Alan M. Ritchie
Pilgrim Christakis LLP
aritchie@pilgrimchristakis.com